FILED
08 JUL 21 AM 10:57
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **Dennis John MATZUR**  Defendant. | Magistrate Case No._____  COMPLAINT FOR VIOLATION OF  **'08 MJ 2 2 0 5**  Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

0On or about **July 18, 2008**, within the Southern District of California, defendant, **Dennis John MATZUR** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Rosalinda CARRENO-Flores, Ana Luisa DELGADO-Delgado and Ignacio Alejandro GONZALEZ-Hernandez,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21ST DAY OF **JULY, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Eric M. Velazquez, declare under penalty of perjury the following to be true and correct:

The complainant states that **Rosalina CARRENO-Flores, Ana Luisa DELGADO-Delgado and Ignacio Alejandro GONZALEZ-Hernandez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial thereof by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 18, 2008 at about 2139 hours Dennis John MATZUR (Defendant) applied for entry into the United States from Mexico through the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a green 2002 Cadillac Escalade. Defendant presented a United States passport bearing the name Gregory Ralph Lawson to a Customs and Border Protection (CBP) Officer as proof of admissibility. Defendant gave the CBP Officer a negative Customs declaration. Defendant stated he was going to Chula Vista, California and stated he was returning from a short trip from Rosarito, Mexico. Defendant stated he was the owner of the vehicle. The CBP Officer requested the vehicle's registration from Defendant; Defendant stated he had forgotten the document at home. The CBP Officer performed a cursory inspection of the vehicle and discovered several individuals concealed in the cargo area of the vehicle. Defendant and the vehicle were escorted to secondary.

In secondary, CBP Officers removed a total of eight individuals concealed in the cargo area of the vehicle. The eight individuals admitted being citizens of Mexico with no documents to enter or reside in the United States. The Material Witnesses (MW) in the case are as follows: ~~Rosalina~~ Rosalinda CARRENO-Flores (MW1), Ana Luisa DELGADO-Delgado (MW2) and Ignacio Alejandro GONZALEZ-Hernandez (MW3).

Separate videotaped interviews were conducted with each MW. All MW admitted being citizens of Mexico with no documents to enter or reside in the United States. MW stated they were going to different locations in California to seek employment. MW stated they were to pay $3,000.00 (USD) each to be smuggled into the United States.

EXECUTED ON THIS **19TH DAY OF JULY 2008 AT 10:00 AM**.

_____
Eric M. Velazquez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **July 18, 2008** in violation of Title 8, United States Code, Section 1324.

_____    7/19/08 – 2:07 PM
MAGISTRATE JUDGE                    DATE / TIME