1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | ) Case No. 08MJ2205
11 |     Plaintiff,            | )
12 | v.                        | ) **NOTICE OF ATTORNEY APPEARANCE**
13 | DENNIS JOHN MATZUER,      | )
14 |                           | )
15 |     Defendant.            | )

16

17    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris
18 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the
19 above-captioned case.

20                                      Respectfully submitted,

21

22 Dated: July 28, 2008             /s/ Kris J. Kraus
                                    **KRIS J. KRAUS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
24                                  Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: July 28, 2008           */s/ Kris J. Kraus*
                               **KRIS J. KRAUS**
                               Federal Defenders of San Diego, Inc.
                               Kris_Kraus@fd.org