1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7854
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )    Magistrate Case No.  08MJ2205
                                  )
12                     Plaintiff, )
                                  )    **STIPULATION OF FACT AND JOINT**
13           v.                   )    **MOTION FOR RELEASE OF**
                                  )    **MATERIAL WITNESS(ES) AND**
    DENNIS JOHN MATZUR,           )    **ORDER THEREON**
14                                )
                       Defendant. )
15  _____ )    **(Pre-Indictment Fast-Track Program)**

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sabrina

18  L. Feve, Assistant United States Attorney, and defendant DENNIS JOHN MATZUR, by and through

19  and with the advice and consent of defense counsel, Kris Kraus, that:

20      1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26  //

27  //

28  SLF:es:7/23/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **August 20, 2008**.

6    4.    The material witnesses, Rosalinda Carreno-Flores, Ana Luisa Delgado-Delgado and

7 Ignacio Alejandro Gonzalez-Hernandez, in this case:

8            a.    Are aliens with no lawful right to enter or remain in the United States;

9            b.    Entered or attempted to enter the United States illegally on or about

10 July 18, 2008;

11           c.    Were found in a vehicle driven by defendant at the San Ysidro, California Port

12 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13 aliens with no lawful right to enter or remain in the United States;

14           d.    Were paying $3,000 to others to be brought into the United States illegally

15 and/or transported illegally to their destination therein; and,

16           e.    May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22           a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24           b.    The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such testimony

26 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27 of (an) unavailable witness(es); and,

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Dennis John Matzur                    2

1          c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5       6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12      It is STIPULATED AND AGREED this date.

13                           Respectfully submitted,

14                           KAREN P. HEWITT
                              United States Attorney

15

16 Dated: 7/30/08 .

17                           SABRINA L. FEVE
                             Assistant United States Attorney

18 Dated: 7/28/08 .

19                           KRIS KRAUS
                             Defense Counsel for Matzur

20

21 Dated: 7/28/08 .

22                           DENNIS JOHN MATZUR
                           Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Dennis John Matzur          3                 08MJ2205

1

# O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: ___7/30/08___                          _____
                                                  United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Dennis John Matzur                          4                    08MJ2205